JOHN MACGINNISS, Respondent, v. THADDEUS S. LANE, Appellant. JOHN MACGINNISS, Respondent, v. THADDEUS S. LANE, Appellant.—

Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.